AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 20-cv-00880

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CSX Transportation, Inc.
on *(date)* 11-23-2020 .

☒ I served the subpoena by delivering a copy to the named person as follows: by corporate service to Kaity Toon, authorized agent for CT Corporation System, registered agent for CSX Transportation, Inc. on *(date)* 11-25-2020 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-29-2020

*Server's signature*

Ron Freeman, Process Server
*Printed name and title*
FREEMAN PROCESS SERVICE
244 N. OGDEN AVE.
COLUMBUS, OH 43204

*Server's address*

Additional information regarding attempted service, etc.: