**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JASON PANZA, ) | |
| ) | Case No. 20-cv-00880 |
| Plaintiff, ) | |
| ) | Hon. Jack Zouhary |
| v. ) | |
| ) | |
| NORFOLK SOUTHERN ) | **JOINT STATUS REPORT** |
| RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Jason Panza and Defendant Norfolk Southern Railway Company submit the following Joint Status Report, pursuant to the Court's Order dated July 12, 2021:

The parties mediated this case with Christopher F. Parker, Esq., on August 26, 2021; however, a settlement was not reached. The parties may have additional settlement discussions going forward.

Respectfully submitted,

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | GALLAGHER SHARP, LLP |
| | |
| /s/ Benjamin J. Wilensky | /s/ Sheila A. McKeon (w/consent) |
| Arvin J. Pearlman | Sheila A. McKeon (0012067) |
| Benjamin J. Wilensky | Sarah V. Beaubien (0087735) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 420 Madison Ave., Ste. 1250 |
| Southfield, MI 48076 | Toledo, OH 43604 |
| (248) 355-0300 | (419) 241-4860 |
| bwilensky@sommerspc.com | smckeon@gallaghersharp.com |

Dated: August 27, 2021

### **CERTIFICATE OF SERVICE**

     Benjamin J. Wilensky hereby certifies that on this 27th day of August, 2021, he filed the foregoing document with the Clerk of the Court via the Court's ECF system, which will automatically serve the document upon all counsel of record.

                                                                 /s/ Benjamin J. Wilensky
                                                                 *Counsel for Plaintiff*